AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN, <br><br> Plaintiff <br> v. <br> ARKANSAS BLUE CROSS AND BLUE SHIELD, et al. <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> C 08 3974 <br><br> SBA |

**Summons in a Civil Action**

To: See attachment for list of defendants.

*(Defendant's name)*

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

BOIES, SCHILLER & FLEXNER LLP
DAVID W. SHAPIRO (219265)
KIERAN P. RINGGENBERG (208600)
BEKO O. REBLITZ-RICHARDSON (238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
MARY ANN BUCKLEY  Name of clerk of court

Date: AUG 20 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT TO SUMMONS

| Name of Defendant | Address of Defendant |
|---|---|
| ARKANSAS BLUE CROSS AND BLUE SHIELD | 601 S Gaines Street<br>Little Rock, AR 72201-4007 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. | 4800 Deerwood Campus Parkway<br>Jacksonville, FL 32246 |
| BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. | 401 Park Drive<br>Boston, MA 02215 |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA | 1830 U.S. 15-501<br>North Chapel Hill, NC 27514 |
| HEALTHCARE SERVICES CORPORATION | 300 East Randolph Street<br>Chicago, Illinois 60601-5099 |
| B.P. INFORMATICS LCC | c/o Corporation Service Company<br>2711 Centerville Road Suite 400<br>Wilmington, DE 19808 |
| MICHAEL BROWN | 17 Belle River Circle<br>Maumelle, AR 72113-7025 |
| PETER GOLDBACH | 31 Greensbrook WA<br>Belmont, MA 02478-1126 |
| MICHAEL NEWMAN | 133 Osprey Cove Ln.<br>Ponte Vedra Beach, FL 32082-6213 |
| LAURA TUMPERI | 1857 N. Cleveland Ave,<br>Chicago, IL 60614-5205 |
| CHRISTOPHER WOODFIN | 100 Palmyra Pl.<br>Chapel Hill, NC 27514 |