1 | BOIES, SCHILLER & FLEXNER LLP
DAVID W. SHAPIRO (219265)
2 | KIERAN P. RINGGENBERG (208600)
BEKO O. REBLITZ-RICHARDSON (238027)
3 | 1999 Harrison Street, Suite 900
Oakland, CA 94612
4 | Telephone: (510) 874-1000
Facsimile: (510) 874-1460
5 | Email: dshapiro@bsfllp.com
      kringgenberg@bsfllp.com
6 |   brichardson@bsfllp.com

7 | Attorneys for Plaintiffs Geoffrey Baker and
Elizabeth Mullen

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN, | Case No.: C 08-03974 SBA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Hon. Sandra B. Armstrong<br>Courtroom 3, 3rd Floor |
| ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LCC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN, | |
| Defendants. | |

1

Proof of Service

1   I, the undersigned, declare as follows:

2   I am a citizen of the United States and employed in the County of Alameda, State of
California. I am over the age of eighteen years and am not a party to the within-entitled action.
My business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612. On August
26, 2008, I served a copy of the within document(s):

**CLERK'S NOTICE**

to the persons named below at the addresses indicated:

| | |
|---|---|
| Arkansas Blue Cross and Blue Shield<br>c/o Lee Douglas<br>Senior Vice President, Law and Government<br>Relations and Chief Legal Officer<br>601 South Gaines Street<br>Little Rock, AR 72201 | Arkansas Blue Cross and Blue Shield<br>c/o Chief Financial Officer<br>200 E. Gaines St.<br>Tallahassee FL 32399-0000 |
| Blue Cross and Blue Shield of Massachusetts, Inc.<br>c/o Sandra L. Jesse<br>Exec. Vice President & Chief Legal Officer<br>The Land Mark Center<br>401 Park Dr.<br>Boston, MA 02215 | Blue Cross and Blue Shield of North Carolina<br>c/o Maureen K. O' Connor<br>Chief Administrative Officer, General Counsel and Corporate Secretary<br>1830 US 15-501 North<br>Chapel Hill, NC 27514 |
| Health Care Service Corporation<br>c/o Corporation Service Company<br>11 South 12th St.<br>Richmond, VA 23218 | B.P. Informatics LCC<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| Michael Brown<br>17 Belle River Circle<br>Maumelle, AR 72113-7025 | Peter Goldbach<br>31 Greensbrook Way<br>Belmont, MA 02478-1126 |
| Michael Newman<br>133 Osprey Cove Ln.<br>Ponte Vedra Beach, FL 32082-6213 | Laura Tumperi<br>1857 N. Cleveland Ave.<br>Chicago, IL 60614-5205 |
| Christopher Woodfin<br>100 Palmyra Pl.<br>Chapel Hill, NC 27514 | |

| | | |
|---|---|---|
|1| ☐ | BY ELECTRONIC SERVICE: By and through United States District Court, District Court of Northern California Electronic Case Filing in the following case: |

**Case No. C 08-03974 SBA**

☐   BY FACSIMILE: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Proof of Service.

☐   EXPRESS SERVICE CARRIER: By placing the document(s) listed above in a sealed **Federal Express** envelope with overnight delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address(es) set forth below, and causing the envelope to be delivered that same day to a **Federal Express** Courier or Driver authorized by the express service carrier to receive documents for delivery.

☑   BY MAIL: At my place of business address identified above by placing the documents listed above in a sealed envelope with postage thereon fully prepaid and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☒   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26th, 2008 at Oakland, California.

*/s/ Catherine Duong*
Catherine T. Duong