**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:     415.434.4484
FACSIMILE:      415.434.4507

EILEEN R. RIDLEY, CA BAR NO. 151735
MICHAEL A. NARANJO, CA BAR NO. 221449
PATRICK T. WONG, CA BAR NO. 233222

Attorneys for Defendants ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LCC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN<br><br>            Plaintiffs,<br><br>     vs.<br><br>ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LCC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN<br><br>            Defendants. | Case No:  C 08-03974 SBA<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO SUIT**<br><br>Judge:Hon. Sandra B. Armstrong |

Plaintiffs, GEOFFREY BAKER and ELIZABETH MULLEN (herein "Plaintiffs"), and defendants, ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LCC, MICHAEL BROWN, PETER

GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN (collectively referred to herein as "Defendants"), by and through their counsel, hereby stipulate as follows:

    Defendants, and each of them, shall have an extension of time to respond to the Complaint such that said response shall be due by October 17, 2008.

    IT IS HEREBY SO STIPULATED.

Dated:  September 8, 2008        BOIES, SCHILLER & FLEXNER LLP
                                              DAVID W. SHAPIRO
                                              KIERAN P. RINGGENBERG
                                              BEKO O. REBLITZ-RICHARDSON

                                              By:  /s/ _____
                                                      Attorneys for Plaintiffs, GEOFFREY
                                                      BAKER and ELIZABETH MULLEN

Dated:  September 8, 2008        FOLEY & LARDNER LLP
                                              EILEEN R. RIDLEY
                                              MICHAEL A. NARANJO
                                              PATRICK T. WONG

                                              By:  /s/ _____
                                                      Attorneys for Defendants ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LCC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN

///

Pursuant to the stipulation of the parties, the Defendants, and each of them, shall have up to and including October 17, 2008 to respond to the Complaint in this action.

IT IS SO ORDERED.

Dated:  September _10_, 2008

By: _____*Sandra B. Armstrong*_____
HON. SANDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE