BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
CHRISTOPHER R. HOWALD, State Bar No. 243598
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: isalceda@wsgr.com

Attorneys for Defendants
B.P. Informatics LCC, Michael Brown,
Peter Goldbach, Michael Newman,
Laura Tumperi, and Christopher Woodfin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY BAKER and ELIZABTH MULLEN, <br><br> Plaintiffs, <br><br> v. <br><br> ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LCC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN, <br><br> Defendants. | Master File No. C-08-3974 SBA <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

1   WHEREAS, on August 20, 2008, plaintiffs Geoffrey Baker and Elizabeth Mullen filed a
2   Complaint against defendants Arkansas Blue Cross and Blue Shield, a Mutual Insurance
3   Company, an Arkansas Corporation, Blue Cross and Blue Shield of Florida, Inc., Blue Cross and
4   Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina, Healthcare
5   Services Corporation, B.P. Informatics LCC, Michael Brown, Peter Goldbach, Michael
6   Newman, Laura Tumperi, and Christopher Woodfin;

7   WHEREAS, defendants' response to the Complaint is currently due on October 17, 2008;

8   WHEREAS, on or about October 8, 2008, defendants informed plaintiffs of their
9   intention to move to dismiss the Complaint;

10  WHEREAS, the parties have discussed and agreed upon a schedule for the briefing and
11  hearing of defendants' motions to dismiss;

12  THEREFORE, the parties by and through their respective counsel, hereby stipulate that:

13  1.    Defendants' motions to dismiss will be filed on or before October 24, 2008, with
14  hearing on the motions noticed for December 16, 2008;

15  2.    Plaintiffs' opposition to defendants' motions to dismiss will be filed not less than
16  26 days prior to the hearing on Defendants' motions to dismiss;

17  3.    Defendants' reply briefs will be filed on or before not less than 14 days prior to the
18  hearing on Defendants' motions to dismiss; and

19  4.    Defendants' motions to dismiss will be heard before this Court on December 16,
20  2008 or any other such date as the Court shall order.

| | |
|---|---|
| DATED: October 16, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | |
| | By: /s/   Ignacio E. Salceda<br>         Ignacio E. Salceda |
| | 650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300<br>650/493-6811 (fax) |
| | Attorneys for Defendants<br>B.P. Informatics LCC, Michael Brown,<br>Peter Goldbach, Michael Newman,<br>Laura Tumperi, and Christopher Woodfin |
| DATED: October 16, 2008 | BERGESON LLP |
| | |
| | By: /s/   Caroline McIntyre<br>         Daniel J. Bergeson<br>         Caroline McIntyre |
| | 303 Almaden Blvd.<br>Suite 500<br>San Jose, CA  95110-2712<br>Tel. (408) 291-6200<br>Fax (408) 297-6000 |
| | Attorneys for Defendants<br>Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina, and Healthcare Services Corporation |
| DATED: October 16, 2008 | FOLEY & LARDNER LLP |
| | |
| | By: /s/   Eileen R. Ridley<br>         Eileen R. Ridley<br>         Page R. Barnes |
| | One Maritime Plaza<br>Suite 600<br>San Francisco, CA 94111<br>Tel: (415) 434-4484<br>Fax: (415) 434-4507 |
| | Attorneys for Defendant<br>Arkansas Blue Cross and Blue Shield, a Mutual Insurance Company, an Arkansas Corporation |

| | |
|---|---|
| DATED:  October 16, 2008 | BOIES, SCHILLER & FLEXNER LLP |
| | By: /s/     Kieran P. Ringgenberg |
| | David W. Shapiro |
| | Kieran P. Ringgenberg |
| | Beko O. Reblitz-Richardson |
| | 1999 Harrison Street |
| | Suite 900 |
| | Oakland, CA  94612 |
| | Tel: (510) 874-1000 |
| | Fax: (510) 874-1460 |
| | Attorneys for Plaintiffs |

\*                              \*                              \*

## ORDER

Pursuant to the stipulation between the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1.     Defendants' motions to dismiss will be filed on or before **October 24, 2008**;

2.     Defendants B.P. Informatics LCC, Michael Brown, Peter Goldbach, Michael Newman, Laura Tumperi, and Christopher Woodfin (the "Wilson Defendants") shall file one motion of not more than 25 pages; defendants Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina, and Healthcare Services Corporation (the Bergeson Defendants") shall file one motion of not more than 10 pages; and defendant Arkansas Blue Cross and Blue Shield (the "Arkansas" Defendant) shall file one motion of not more than 15 pages;

3.     Plaintiffs' opposition to defendants' motions to dismiss will be filed on or before **November 25, 2008**; In opposing the Wilson Defendants, the Bergeson Defendants, and the Arkansas Defendant, Plaintiffs' shall be limited to the page limits established for each set of plaintiffs or each plaintiff, as applicable.

1    4.    Defendants' reply briefs will be filed on or before **December 9, 2008**;

2    5.    The Wilson Defendants' reply, if any, shall be limited to 15 pages; the Bergeson
3  Defendants' reply, if any, shall be limited to 6 pages; and the Arkansas Defendant's reply brief, if
4  any, shall be limited to 9 pages;

5    6.    Defendants' motions to dismiss will be heard before this Court at 1:00 p.m., on
6  **January 20, 2009**, in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor,
7  Oakland, California, 94612.

8    7.    The Case Management Conference scheduled for December 3, 2008 at 2:45 p.m.,
9  *see* Docket No. 4, shall be CONTINUED to **January 20, 2009**, at 1:00 p.m., in Courtroom 3 of
10 the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.  The
11 parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management
12 Conference Statement which shall be filed no later than ten (10) days prior to the Case
13 Management Conference that complies with the Standing Order for all Judges of the Northern
14 District of California and the Standing Order of this Court.  Plaintiff(s) shall be responsible for
15 filing the statement as well as for arranging the conference call.  All parties shall be on the line and
16 shall call (510) 637-3559 at the above indicated date and time.

18    IT IS SO ORDERED.

20   Dated: October _21, 2008

   _____
   THE HONORABLE SAUNDRA B. ARMSTRONG
   United States District Judge

1    I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2 to file the Stipulation and [Proposed] Order Regarding Briefing Schedule.  I hereby attest that
3 Caroline McIntyre, Eileen R. Ridley and Kieran P. Ringgenberg have concurred in this filing.

Dated:  October 16, 2008            WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By:   /s/   Ignacio E. Salceda
                                              Ignacio E. Salceda

                                    Attorneys for Defendants
                                    B.P. Informatics LCC, Michael Brown,
                                    Peter Goldbach, Michael Newman,
                                    Laura Tumperi, and Christopher Woodfin