1  DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
   CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile: (408) 297-6000

5  Attorneys for Defendants
   BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
6  BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,
   BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and
7  HEALTHCARE SERVICES CORPORATION

FILED
OCT 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY BAKER and ELIZABTH MULLEN,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHEILD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS, LCC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN,<br><br>　　　　　　　　　　Defendants. | CASE NO. C-08-3974 SBA<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and HEALTHCARE SERVICES CORPORATION**<br><br>Complaint Filed:　August 20, 2008<br>Trial Date Set:　　None Yet |

1  PLEASE TAKE NOTICE that defendants Blue Cross and Blue Shield of Florida, Inc.,
2  Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina,
3  and Healthcare Services Corporation hereby substitute retained counsel, Bergeson, LLP, as
4  counsel in the above-captioned action in place of Foley & Lardner, LLP. Copies of all future
5  pleadings, records and orders should be served upon:

6  DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
   CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
7  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
8  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
9  Facsimile:  (408) 297-6000

10

11  I CONSENT TO THIS SUBSTITUTION.

12  Dated: October 15, 2008                    BLUE CROSS AND BLUE SHIELD OF FLORIDA,
                                                INC.
13
14                                              By: _____
15

16  I CONSENT TO THIS SUBSTITUTION.

17  Dated: October ___, 2008                   BLUE CROSS AND BLUE SHIELD OF
                                                MASSACHUSETTS, INC.
18

19                                              By: _____
20

21

22  I CONSENT TO THIS SUBSTITUTION.

23  Dated: October ___, 2008                   BLUE CROSS AND BLUE SHIELD OF NORTH
                                                CAROLINA
24

25                                              By: _____

26
27
28

- 1 -
NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS              Case No. C-08-3974 SBA

PLEASE TAKE NOTICE that defendants Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina, and Healthcare Services Corporation hereby substitute retained counsel, Bergeson, LLP, as counsel in the above-captioned action in place of Foley & Lardner, LLP. Copies of all future pleadings, records and orders should be served upon:

>  DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
>  CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
>  BERGESON, LLP
>  303 Almaden Boulevard, Suite 500
>  San Jose, CA 95110-2712
>  Telephone: (408) 291-6200
>  Facsimile: (408) 297-6000

I CONSENT TO THIS SUBSTITUTION.

Dated: October __, 2008         BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.

By: _____

I CONSENT TO THIS SUBSTITUTION.

Dated: October 14, 2008         BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.

By: _[signature: Joseph Halpern]_

I CONSENT TO THIS SUBSTITUTION.

Dated: October __, 2008         BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA

By: _____

- 1 -

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS         Case No. C-08-3974 SBA

1  PLEASE TAKE NOTICE that defendants Blue Cross and Blue Shield of Florida, Inc.,
2  Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina,
3  and Healthcare Services Corporation hereby substitute retained counsel, Bergeson, LLP, as
4  counsel in the above-captioned action in place of Foley & Lardner, LLP. Copies of all future
5  pleadings, records and orders should be served upon:

> DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
> CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
> BERGESON, LLP
> 303 Almaden Boulevard, Suite 500
> San Jose, CA 95110-2712
> Telephone: (408) 291-6200
> Facsimile: (408) 297-6000

I CONSENT TO THIS SUBSTITUTION.

Dated: October ___, 2008        BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.


                                By:_____


I CONSENT TO THIS SUBSTITUTION.

Dated: October ___, 2008        BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.


                                By:_____


I CONSENT TO THIS SUBSTITUTION.

Dated: October /5, 2008         BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA


                                By: [signature]

```
 1    I CONSENT TO THIS SUBSTITUTION.
 2    Dated: October 14, 2008          HEALTHCARE SERVICES CORPORATION
 3
 4                                     By: [signature]
 5
 6    WE CONSENT TO THIS SUBSTITUTION.
 7    Dated: October __, 2008          FOLEY & LARDNER, LLP
 8
 9                                     By:_____
10                                         Eileen R. Ridley
                                       Attorneys for Defendants
11                                     ARKANSAS BLUE CROSS AND BLUE SHIELD,
                                       A MUTUAL INSURANCE COMPANY, AN
12                                     ARKANSAS CORPORATION, BLUE CROSS
                                       AND BLUE SHIELD OF FLORIDA, INC., BLUE
13                                     CROSS AND BLUE SHIELD OF
                                       MASSACHUSETTS, INC., BLUE CROSS AND
14                                     BLUE SHIELD OF NORTH CAROLINA,
                                       HEALTHCARE SERVICES CORPORATION, B.P.
15                                     INFORMATICS, LCC, MICHAEL BROWN,
                                       PETER GOLDBACH, MICHAEL NEWMAN,
16                                     LAURA TUMPERI, and CHRISTOPHER
                                       WOODFIN
17
18    WE ACCEPT THIS SUBSTITUTION.
19    Dated: October __, 2008          BERGESON, LLP
20
21
                                       By:_____
22                                         Caroline McIntyre
                                       Attorneys for Defendants
23                                     BLUE CROSS AND BLUE SHIELD OF FLORIDA,
                                       INC., BLUE CROSS AND BLUE SHIELD OF
24                                     MASSACHUSETTS, INC., BLUE CROSS AND
                                       BLUE SHIELD OF NORTH CAROLINA, and
25                                     HEALTHCARE SERVICES CORPORATION
26
27
28
```

- 2 -
NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS          Case No. C-08-3974 SBA

1   I CONSENT TO THIS SUBSTITUTION.

2   Dated: October __, 2008                HEALTHCARE SERVICES CORPORATION

3

4                                          By:_____

5

6   WE CONSENT TO THIS SUBSTITUTION.

7   Dated: October 15, 2008                FOLEY & LARDNER, LLP

8

9                                          By: *Eileen R. Ridley*
                                              Eileen R. Ridley
10                                         Attorneys for Defendants
                                           ARKANSAS BLUE CROSS AND BLUE SHIELD,
11                                         A MUTUAL INSURANCE COMPANY, AN
                                           ARKANSAS CORPORATION, BLUE CROSS
12                                         AND BLUE SHIELD OF FLORIDA, INC., BLUE
                                           CROSS AND BLUE SHIELD OF
13                                         MASSACHUSETTS, INC., BLUE CROSS AND
                                           BLUE SHIELD OF NORTH CAROLINA,
14                                         HEALTHCARE SERVICES CORPORATION, B.P.
                                           INFORMATICS, LCC, MICHAEL BROWN,
15                                         PETER GOLDBACH, MICHAEL NEWMAN,
                                           LAURA TUMPERI, and CHRISTOPHER
16                                         WOODFIN

17

18  WE ACCEPT THIS SUBSTITUTION.

19  Dated: October __, 2008                BERGESON, LLP

20

21                                         By:_____
                                              Caroline McIntyre
22                                         Attorneys for Defendants
                                           BLUE CROSS AND BLUE SHIELD OF FLORIDA,
23                                         INC., BLUE CROSS AND BLUE SHIELD OF
                                           MASSACHUSETTS, INC., BLUE CROSS AND
24                                         BLUE SHIELD OF NORTH CAROLINA, and
                                           HEALTHCARE SERVICES CORPORATION
25

26

27

28

-2-

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS                    Case No. C-08-3974 SBA

1  I CONSENT TO THIS SUBSTITUTION.

2  Dated: October __, 2008           HEALTHCARE SERVICES CORPORATION

3

4                                    By:_____

5

6  WE CONSENT TO THIS SUBSTITUTION.

7  Dated: October __, 2008           FOLEY & LARDNER, LLP

8

9                                    By:_____
                                         Eileen R. Ridley
10                                    Attorneys for Defendants
                                      ARKANSAS BLUE CROSS AND BLUE SHIELD,
11                                    A MUTUAL INSURANCE COMPANY, AN
                                      ARKANSAS CORPORATION, BLUE CROSS
12                                    AND BLUE SHIELD OF FLORIDA, INC., BLUE
                                      CROSS AND BLUE SHIELD OF
13                                    MASSACHUSETTS, INC., BLUE CROSS AND
                                      BLUE SHEILD OF NORTH CAROLINA,
14                                    HEALTHCARE SERVICES CORPORATION, B.P.
                                      INFORMATICS, LCC, MICHAEL BROWN,
15                                    PETER GOLDBACH, MICHAEL NEWMAN,
                                      LAURA TUMPERI, and CHRISTOPHER
16                                    WOODFIN

17

18  WE ACCEPT THIS SUBSTITUTION.

19  Dated: October 15, 2008           BERGESON, LLP

20

21                                    By: _____
                                          Caroline McIntyre
22                                    Attorneys for Defendants
                                      BLUE CROSS AND BLUE SHIELD OF FLORIDA,
23                                    INC., BLUE CROSS AND BLUE SHIELD OF
                                      MASSACHUSETTS, INC., BLUE CROSS AND
24                                    BLUE SHIELD OF NORTH CAROLINA, and
                                      HEALTHCARE SERVICES CORPORATION
25

26

27

28

- 2 -

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS                Case No. C-08-3974 SBA

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Bergeson, LLP is substituted in place of Foley & Lardner, LLP, as attorneys of record for defendants BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and HEALTHCARE SERVICES CORPORATION in the above-captioned matter.

DATED: 10/29/08

_____
Honorable Saundra B. Armstrong
United States District Court Judge