**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GEOFFREY BAKER, et al.,                                          No.  C 08-03974 SBA

            Plaintiffs,                                          **ORDER**

    v.                                                              [Docket No. 41]

ARKANSAS BLUE CROSS AND
BLUE SHIELD, *et al.*,

            Defendants.

_____

      Pursuant to the parties' Stipulation Regarding Briefing Schedule [Docket No. 41], the briefing schedule set on October 22, 2008, *see* Docket No. 27, is modified as follows: plaintiffs' opposition, if any, is due by **December 16, 2008**, and defendants' replies, if any, are due by **December 30, 2008**.

      IT IS SO ORDERED.

November 21, 2008                         _____
                                                          Saundra Brown Armstrong
                                                          United States District Judge