UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY BAKER, et al., | No. C 08-03974 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 40] |
| ARKANSAS BLUE CROSS AND BLUE SHIELD, et al., | |
| Defendants. | |

The hearing set for February 3, 2009, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, *see* Docket No. 40, on the defendants' motions to dismiss [Docket Nos. 29, 32, 33], is CONTINUED to February 24, 2009, at 1:00 p.m., in the same location.

Further, the Case Management Conference scheduled for February 3, 2009 at 1:00 p.m., *see* Docket No. 40, shall be CONTINUED to February 24, 2009, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court.

IT IS SO ORDERED.

February ___, 2009

Saundra Brown Armstrong
United States District Judge