BOIES, SCHILLER & FLEXNER LLP
DAVID W. SHAPIRO (219265)
KIERAN P. RINGGENBERG (208600)
BEKO O. REBLITZ-RICHARDSON (238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  dshapiro@bsfllp.com
          kringgenberg@bsfllp.com
          brichardson@bsfllp.com

Attorneys for Plaintiffs Geoffrey Baker and Elizabeth Mullen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEOFFREY BAKER and ELIZABETH MULLEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTH CARE SERVICE CORPORATION, B.P. INFORMATICS LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN,**<br><br>Defendants. | **STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Case No. C-08-3974 (SBA)<br><br>Hearing Date:  February 3, 2009<br>Hearing Time:  1:00 pm |

Counsel report that, after a teleconference with Mr. Howard Herman of the Court's ADR program, they have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Mediation pursuant to ADR L.R. 6. The parties agree to hold the ADR session within 90 days from the date of the order referring the case to an ADR process unless further time is agreed to by the parties and/or approved by the Court.

DATED: February 2, 2009					BOIES, SCHILLER & FLEXNER LLP

By: /s/
    David W. Shapiro
    Kieran P. Ringgenberg
    Beko O. Reblitz-Richardson

1999 Harrison Street, Suite 900
Oakland, CA  94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Attorneys for Plaintiffs

DATED: February 2, 2009					BERGESON, LLP

By: /s/
    Caroline McIntyre

Attorneys for Defendants BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and HEALTH CARE SERVICE CORPORATION

| | | |
|---|---|---|
| 1 | DATED:  February 2, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: /s/
    Ignacio E. Salceda

Attorneys for Defendants B.P. INFORMATICS LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN

DATED:  February 2, 2009        FOLEY & LARDNER LLP

By: /s/
    Eileen R. Ridley
    Page R. Barnes
    Michael A. Naranjo
    Patrick T. Wong

Attorneys For Defendant ARKANSAS BLUE CROSS AND BLUE SHIELD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation. The Deadline for the ADR session is 90 days from the date of this order.

Dated: 2/3/09

_Sandra B. Armstrong_
UNITED STATES DISTRICT JUDGE

<u>Attestation of Filer</u>

The signatories to this document are <u>Caroline McIntyre</u>, <u>Ignacio E. Salceda</u>, and <u>Eileen R. Ridley</u>, and I have obtained their concurrence to file this document on their behalves.

BOIES, SCHILLER & FLEXNER LLP

By: /s/
    David W. Shapiro
    Kieran P. Ringgenberg
    Beko O. Reblitz-Richardson

1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Attorneys for Plaintiffs