1  DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
   CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
2  COLIN G. McCARTHY, SBN 191410, cmccarthy@be-law.com
   BERGESON, LLP
3  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
4  Telephone:  (408) 291-6200
   Facsimile:   (408) 297-6000
5
   Attorneys for Defendants
6  BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
   BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.,
7  BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and
   HEALTH CARE SERVICE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| GEOFFREY BAKER and ELIZABETH MULLEN, | Case No. C-08-3974 SBA |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF DEADLINE** |
| vs. | Complaint Filed:   August 20, 2008<br>Trial Date Set:     None Yet |
| ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTH CARE SERVICE CORPORATION, B.P. INFORMATICS, LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, and CHRISTOPHER WOODFIN, | |
| Defendants. | |

1  WHEREAS, this Court previously ordered mediation to take place by May 5, 2009;

2  WHEREAS, in the Joint Case Management Conference Statement filed by the parties on March 25, 2009, the parties stated:

> Defendants contend that the issues to be addressed in any mediation may be significantly narrowed, and the mediation will be more productive after the Court resolves the anticipated motions to dismiss, and, therefore, request that the Court enter an order requiring mediation to occur within 60 days of the resolution of the motions to dismiss. Plaintiffs do not believe that mediation would be productive without the willing participation of defendants, and accordingly do not object to the proposed change in the schedule of the mediation

WHEREAS, this Court continued the Case Management conference from April 8, 2009 to June 2, 2009;

WHEREAS, Defendants' motions to dismiss are scheduled for hearing on June 2, 2009;

WHEREAS Defendants request that the Court enter an order requiring mediation to occur within 60 days of the resolution of the motions to dismiss, and Plaintiffs have no objection to the proposed change in the schedule of the mediation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, subject to the Court's approval, that:

The mediation will take place within 60 days of the resolution of the Motions to Dismiss.

SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | DATED: April 16, 2009 | BERGESON, LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | |         Caroline McIntyre |

Attorneys for Defendants

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and HEALTH CARE SERVICE CORPORATION

DATED: April 16, 2009           BOIES, SCHILLER & FLEXNER LLP

By: /s/
        David W. Shapiro
        Kieran P. Ringgenberg

        Beko O. Reblitz-Richardson

1999 Harrison Street, Suite 900
Oakland, CA  94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Attorneys for Plaintiffs

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE
Case No. C-08-3974 SBA

| | | |
|---|---|---|
| 1 | DATED:  April 16, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: /s/
    Ignacio E. Salceda

Attorneys for Defendants B.P. INFORMATICS LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, LAURA TUMPERI, BRETT PAINCHAUD, and CHRISTOPHER WOODFIN

DATED:  April 16, 2009         FOLEY & LARDNER LLP

By: /s/
    Eileen R. Ridley
    Page R. Barnes
    Michael A. Naranjo
    Patrick T. Wong

Attorneys For Defendant

ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Caroline McIntyre, attest under penalty of perjury that concurrence in the filing of the document has been obtained from Kieran P. Ringgenberg, Ignacio E. Salceda, and Eileen R. Ridley.

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The mediation shall take place within 60 days of the resolution of the Motions to Dismiss.

Dated: 4/17/09

_____
The Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE