BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
FREEDA Y. LUGO, State Bar No. 244913
BEN CROSSON, State Bar No. 247560
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: isalceda@wsgr.com

Attorneys for Defendant and Counter-Claimant
B.P. Informatics, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN, <br><br> Plaintiffs, <br><br> v. <br><br> ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTH CARE SERVICES CORPORATION, B.P. INFORMATICS LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, BRETT PAINCHAUD, LAURA TUMPERI, and CHRISTOPHER WOODFIN, <br><br> Defendants. <br><br> B.P. INFORMATICS, LLC <br><br> Counterclaimant, <br><br> v. <br><br> GEOFFREY BAKER and ELIZABETH MULLEN, <br> Counterclaim-defendants. | Master File No. C-08-3974 SBA (EDL) <br><br> **STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** <br><br> Before: Hon. Saundra B. Armstrong |

1  WHEREAS, this court has ordered mediation to take place within 60 days of the
2 resolution of the motions to dismiss filed by Defendants in this matter;

3  WHEREAS, the parties had been referred by the Court's ADR Office for mediation
4 before Mr. Paul Renne;

5  WHEREAS, on July 31, 2009, this Court entered an order granting in part and denying in
6 part Defendants' Motions to Dismiss;

7  WHEREAS, this Court's July 31, 2009 order dismissed the claims against all defendants
8 except B.P. Informatics, LLC ("BPI");

9  WHEREAS, given the particular circumstance of this case, Plaintiffs and BPI believe that
10 a resolution is more likely to be achieved through a settlement conference before a Magistrate
11 Judge, rather than mediation before a private neutral;

12  WHEREAS, Plaintiffs and BPI have met and conferred and agreed to a settlement
13 conference to be conducted before Magistrate Judge Edward Chen in order to attempt to resolve
14 the dispute between them;

15  WHEREAS, Plaintiffs and BPI request that the Court enter an order referring this matter
16 to Magistrate Judge Chen solely for the purposes of conducting a settlement conference;

17  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and BPI
18 through their respective counsel, subject to the Court's approval, that:

19  The mediation previously ordered to take place before Mr. Renne should be cancelled,
20 and this case should be referred to Magistrate Judge Chen solely for the purpose of conducting a
21 settlement conference.

22  SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated: August 20, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/<br>      Ignacio E. Salceda<br><br>Attorneys for Defendant and Counterclaimant<br>B.P. Informatics, LLC |
| Dated: August 20, 2009 | BOIES, SCHILLER & FLEXNER LLP<br><br>By: /s/<br>      David W. Shapiro<br>      Kieran P. Ringgenberg<br>      Beko O. Reblitz-Richardson<br><br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: (510) 874-1000<br>Fax: (510) 874-1460<br><br>Attorneys for Plaintiffs and Counterclaim Defendants Geoffrey Baker and Elizabeth Mullen |

1 **ATTESTATION OF FILER**

2    I, Freeda Yllana Lugo am the ECF User whose identification and password are being

3 used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT

4 CONFERENCE.  In compliance with General Order No. 45.X.B, I hereby attest that Ignacio

5 Salceda and Kieran P. Ringgenberg have concurred in this filing.

6 Dated: August 20, 2009                              WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
7

8                                                     By: /s/
                                                          Freeda Yllana Lugo
9

10                                                    Attorneys for Defendant and Counterclaimant
                                                      B.P. Informatics, LLC

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The mediation previously ordered to take place before Mr. Renne is cancelled and this case is referred to Magistrate Judge Chen solely for the purposes of conducting a settlement conference.

Dated: 8/25/09

_____
The Honorable Judge Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE