BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
FREEDA Y. LUGO, State Bar No. 244913
BEN CROSSON, State Bar No. 247560
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  isalceda@wsgr.com

Attorneys for Defendant and Counter-Claimant
B.P. Informatics, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTH CARE SERVICES CORPORATION, B.P. INFORMATICS LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, BRETT PAINCHAUD, LAURA TUMPERI, and CHRISTOPHER WOODFIN,<br><br>        Defendants.<br><br>B.P. INFORMATICS, LLC<br><br>        Counterclaimant,<br><br>    v.<br><br>GEOFFREY BAKER and ELIZABETH MULLEN,<br><br>        Counterclaim-defendants. | Master File No.  C-08-3974 SBA (EDL)<br><br>**STIPULATION AND  ORDER RE RESCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Before: Hon. Saundra B. Armstrong |

1       WHEREAS, the Court referred this matter to a settlement conference before Magistrate
2  Judge Edward Chen;
3       WHEREAS, the settlement conference is currently on calendar before Magistrate Chen
4  for October 22, 2009, at 9:30 a.m., having been rescheduled from October 8;
5       WHEREAS, following the initial scheduling of the settlement conference, the Court
6  previously rescheduled the Case Management Conference in this case from September 9, 2009,
7  to October 21, 2009;
8       WHEREAS, the parties believe that, in light of the Court's prior rescheduling of the Case
9  Management Conference so that it occur after the settlement conference, the Court should
10 continue the Case Management Conference to a date after the upcoming settlement conference;
11      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterclaim
12 Defendants Baker and Mullen and Defendant/Counterclaimant BP Informatics, L.L.C. through
13 their respective counsel, subject to the Court's approval, that:
14      The Case Management Conference currently scheduled for October 21, 2009, at 3:15
15 p.m. be rescheduled to take place sometime following the settlement conference currently set
16 before Magistrate Chen.
17      SO STIPULATED AND AGREED.

19 Dated:  October 6, 2009                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

21                                            By: /s/ Ignacio E. Salceda
                                                     Ignacio E. Salceda

23                                            Attorneys for Defendant and Counterclaimant
                                              B.P. Informatics, LLC

1 | Dated: October 6, 2009 | BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran P. Ringgenberg
    David W. Shapiro
    Kieran P. Ringgenberg
    Beko O. Reblitz-Richardson

1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Attorneys for Plaintiffs and Counterclaim Defendants Geoffrey Baker and Elizabeth Mullen

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The case management conference previously scheduled to take place October 21, 2009, at 3:15 p.m. is rescheduled to **December 2, 2009 at 3:15 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 10/7/09

_Saundra B. Armstrong_

The Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE