BOIES, SCHILLER & FLEXNER LLP
DAVID W. SHAPIRO (219265)
KIERAN P. RINGGENBERG (208600)
BEKO O. REBLITZ-RICHARDSON (238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  dshapiro@bsfllp.com
         kringgenberg@bsfllp.com
         brichardson@bsfllp.com

Attorneys for Plaintiffs Geoffrey Baker and Elizabeth Mullen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEOFFREY BAKER and ELIZABETH MULLEN,**<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>**B.P. INFORMATICS LLC,**<br><br>Defendant and Counterclaimant | Case No. C-08-3974 (SBA) (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:  December 10, 2009<br>Hearing Time:  3:15 p.m. |

WHERAS, on December 2, 2009, the Court set a case management conference for December 10, 2009 at 3:15 p.m.;

WHEREAS, on December 4, 2009, the parties conducted a further settlement conference with Magistrate Judge Chen, during which Magistrate Judge Chen formulated a settlement proposal to all parties;

WHEREAS, the parties are scheduled to speak again with Magistrate Judge Chen regarding possible resolution on December 14, 2009; and

WHEREAS, the parties respectfully submit that deferring the scheduled case management conference could conserve judicial resources and, if the matter is not resolved, should permit the parties to negotiate and jointly submit a proposed schedule for this action;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterclaim Defendants Baker and Mullen and Defendant/Counterclaimant B.P. Informatics, L.L.C. through their counsel, that:

The parties respectfully request that the Case Management Conference currently scheduled for December 10, 2009 at 3:15 p.m. be rescheduled to take place on a date convenient to the Court in early January 2010.

SO STIPULATED AND AGREED.

DATED:  December 7, 2009          BOIES, SCHILLER & FLEXNER LLP

By: /s/
    David W. Shapiro
    Kieran P. Ringgenberg
    Beko O. Reblitz-Richardson

1999 Harrison Street, Suite 900
Oakland, CA  94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Attorneys for Plaintiffs and Counterclaim-Defendants

STIPULATION AND [PROPOSED] ORDER RE CMC, No. C-08-3974 (SBA)

1

2

DATED: December 7, 2009                         WILSON SONSINI GOODRICH & ROSATI
3                                                Professional Corporation

4

5
                                                By: /s/
6                                                   Ignacio E. Salceda

7

8                                                650 Page Mill Road
                                                 Palo Alto, CA 94304
                                                 Tel: (650) 493-9300
9                                                Fax: (650) 493-6811

10

11                                               Attorneys for Defendant and Counterclaimant
                                                 B.P. INFORMATICS LLC,
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE CMC, No. C-08-3974 (SBA)

<u>Attestation of Filer</u>

The signatories to this document are myself and <u>Ignacio E. Salceda</u>, and I have obtained Mr. Salceda's concurrence to file this document on his behalf.

BOIES, SCHILLER & FLEXNER LLP

By: /s/
       David W. Shapiro
       Kieran P. Ringgenberg
       Beko O. Reblitz-Richardson

1999 Harrison Street, Suite 900
Oakland, CA  94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Attorneys for Plaintiffs

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The case management conference previously schedule to take place December 10, 2009 at 3:15 p.m. is rescheduled to **February 3, 2010 at 2:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 12/8/09

_____
The Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE CMC, No. C-08-3974 (SBA)