UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ARKANSAS BLUE CROSS AND BLUE SHIELD, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, HEALTHCARE SERVICES CORPORATION, B.P. INFORMATICS LLC, MICHAEL BROWN, PETER GOLDBACH, MICHAEL NEWMAN, BRETT PAINCHAUD, LAURA TUMPERI, and CHRISTOPHER WOODFIN,<br><br>Defendants. | Case No: CV 08-3974 SBA<br><br>**JUDGMENT** |
| B.P. INFORMATICS LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>GEOFFREY BAKER and ELIZABETH MULLEN,<br><br>Counterdefendants. | |

In accordance with the Court's Order Granting Plaintiffs' Motion for Summary Judgment on Defendant's Counterclaim,

IT IS HEREBY ORDERED THAT final judgment on the counterclaim filed by B.P. Informatics LLC is entered in favor of Counterdefendants Geoffrey Baker and Elizabeth Mullen.

IT IS SO ORDERED.

Dated: June 21, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge