```
                                                              FILED
         UNITED STATES COURT OF APPEALS          MAR 10 2011

              FOR THE NINTH CIRCUIT          MOLLY C. DWYER, CLERK
                                              U.S. COURT OF APPEALS
```

| | |
|---|---|
| GEOFFREY BAKER and ELIZABETH MULLEN,<br><br>          Plaintiffs - Appellants,<br><br> v.<br><br>ARKANSAS BLUE CROSS AND BLUE SHIELD; et al.,<br><br>          Defendants - Appellees. | No. 10-16595<br><br>D.C. No. 4:08-cv-03974-SBA<br>Northern District of California, Oakland<br><br>ORDER |

The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b). This appeal is dismissed with prejudice.

Costs shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                                      For the Court:

                                      MOLLY C. DWYER
                                      Clerk of the Court


                                      Lorela Bragado-Sevillena
                                      Deputy Clerk
                                            Ninth Circuit Rule 27-7/Advisory Note
                                            to Rule 27 and Ninth Circuit Rule 27-10